# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HICKS, | No. LA CV 14-01790-VBF-AGR |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| CONNIE GIPSON (Warden), | |
| Respondent. | |

Pursuant to this Court's contemporaneously issued "Order Overruling Petitioner's Objections, Adopting Report & Recommendation, Denying the Habeas Corpus Petition, Dismissing the Action With Prejudice, Directing the Entry of Separate Final Judgment, and Terminating and Closing the Action (JS-6)", **final judgment is hereby entered in favor of the respondent and against petitioner Anthony Hicks.**

Dated:  Wednesday, February 15, 2017

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE